UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC MARROQUIN,<br><br>        Petitioner,<br><br>    v.<br><br>M.A. SMELOSKY,<br><br>        Respondent. | NO. CV 09-00234 GAF (SS)<br><br>**ORDER GRANTING MOTION TO DISMISS**<br><br>**AND ALLOWING THIRTY DAYS LEAVE TO**<br><br>**AMEND** |

On January 12, 2009, Petitioner, a California state prisoner proceeding pro se, filed a Petition for Writ of Habeas Corpus (the "Petition") pursuant to 28 U.S.C. § 2254 with this Court. On February 25, 2009 Respondent filed a Motion to Dismiss ("Motion") on the grounds that Petition was unverified. For the reasons discussed below, the Motion is granted and the Court provides thirty days leave to amend.[1]

---

[1] The filing of a petition for writ of habeas corpus is analogous to the filing of a civil complaint. Williams v. Coyle, 167 F.3d 1036, 1038 (6th Cir. 1999). Magistrate Judges may dismiss a complaint with leave to amend without approval of the District Judge. McKeever v. Block, 932 F.2d 795, 798 (9th Cir. 1991).

1    The Petition must be dismissed because it is unsigned.  Pursuant
2 to 28 U.S.C. § 2242, an application for a writ of habeas corpus "shall
3 be in writing signed and verified by the person for whose relief it is
4 intended or by someone acting in his behalf."  In addition, Rule 2(c) of
5 the Rules Governing Section 2254 Cases in the United States District
6 Court requires that the petition be signed under penalty of perjury by
7 the petitioner.

9    The Court "may refuse to file, or may dismiss, an unsigned and
10 unverified petition."  Hendricks v. Vasquez, 908 F.2d 490, 491 (9th Cir.
11 1990) (citations omitted).  Accordingly, the Petition is dismissed with
12 leave to amend.  Should Petitioner wish to file a First Amended
13 Petition, he is advised to sign and verify the amended petition.  Cf.
14 Id. at 492 (Ninth Circuit reversed summary dismissal of petition that
15 was not signed and verified for other reasons and then added, "On
16 remand, Hendricks should sign and verify his habeas petition.").

18    If Petitioner wishes to pursue this action, he must file a First
19 Amended Petition within **thirty (30) days** from the date of this Order,
20 using the form approved by the Central District.  A copy of the standard
21 form for habeas petitions is attached for Petitioner's use.  The First
22 Amended Petition shall be complete in itself and shall bear both the
23 designation "First Amended Petition" and the case number assigned to
24 this action.  It shall not refer in any manner to the original Petition.
25 A copy of the original Petition will be returned to Petitioner should he
26 wish to refer to it.

1 **Petitioner is explicitly cautioned that failure to timely file a First Amended Petition will result in a recommendation that this action be dismissed with prejudice for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b).**

If Petitioner does not wish to pursue this action further and instead wishes to voluntarily dismiss the Petition himself, he may do so by simply submitting a Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a). A copy of that form is also attached should Petitioner desire to use it.

IT IS SO ORDERED.

DATED: March 11, 2009.

_____/s/_____
SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE