JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC MARROQUIN,<br><br>　　　　Petitioner,<br><br>vs.<br><br>DOMINGO URIBE, JR., Warden,<br><br>　　　　Respondent. | Case No. CV 09-234-GAF (DTB)<br><br>**JUDGMENT** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition is denied and this action is dismissed with prejudice.

DATED: 3/10/10

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE